UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT, TX 77701

March 27th, 2020

I hereby, to inform you as my obligation to the Court is that my courrent address has been changed to:

Great Plains Correctional Facility
P.O. Box 400
Hinton, Oklahoma 73047

Case No.: 1:16-CR-00013-007

Abel Moreno-Santoyo
Reg. No.: 2116-479

With anything nothing also to add, I hope that this information will assist the Court in the future.

Sincerely,

*Abel moReno S*
Abel Moreno Santoyo
Reg. No.: 21116-479
Great Plains Correctional Facility
P.O. Box 400
Hinton, Oklahoma 73047

Abel Moreno Santoyo
Reg. NO: 21116 - 479
Great Plains Correctional Facility
P.O Box - 400
Hinton, Oklahoma 73047

Legal Mail

OKLAHOMA CITY OK 730
31 MAR 2020 PM 5 L

United States District Court
Eastern District of Texas
300 Willow Street
Beaumont, TX 77701

77701-220054

CLERK US DISTRICT COURT
RECEIVED
APR 03 2020
EASTERN DISTRICT OF TEXAS
BEAUMONT TEXAS